UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL SCOTT                                                                CIVIL ACTION

VERSUS                                                                            NO. 06-2129

LOUISIANA DEPARTMENT                                              SECTION "I" (2)
OF PUBLIC SAFETY & CORRECTIONS ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Michael Scott, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are hereby **DISMISSED WITH PREJUDICE** either as legally frivolous, for failure to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2), or under Heck.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in this Section 1983 complaint be **DISMISSED WITHOUT PREJUDICE** to plaintiff's ability to file a proper habeas corpus proceeding after exhaustion of state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's Motions for Protective Custody and Removal from WCI, Record Doc. Nos. 40 and 46 (deferred portion), are **DENIED.**

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, Record Doc. No. 37, and plaintiff's motion for summary judgment, Record Doc. No. 57, are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __12th__ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE